# Court of Appeals
# of the State of Georgia

ATLANTA,___June 16, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0140. GARY L. KING v. HERITAGE HEALTHCARE OF MOULTRIE, LLC.**

Gary L. King filed a notice of appeal from the superior court's April 27, 2012 order denying his motion to vacate a final arbitration award. On November 19, 2012, the trial court dismissed King's appeal because he had failed to pay the appeal-filing fee. King then filed an application for discretionary review. On January 7, 2013, this Court granted King's application for discretionary appeal on the ground that "a trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *American Medical Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008). See Case No. A13D0165. Our order directed King to file "a notice of appeal from the order at issue" within 10 days of the date of the order. See OCGA § 5-6-34 (b). However, it does not appear from the record in this case that King ever filed a notice of appeal from the November 19, 2012 order dismissing his appeal. The only notices of appeal in the record are King's notice of appeal from the April 27, 2012 order denying his motion to vacate the final arbitration award and notice of appeal from the September 10, 2012 order denying his motion to proceed *in forma pauperis*. We lack jurisdiction.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988). Because King did not file a notice of appeal from the November 19, 2012 order dismissing his appeal within 10 days as required by the order granting his application, he forfeited his right to pursue the appeal. Accordingly, King's appeal is DISMISSED for lack of jurisdiction. See OCGA § 5-6-48 (b) (1); *Barnes v. Justis*, 223 Ga. App.

671, 671-672 (478 SE2d 402) (1996).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*___06/16/2015___

*I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*